**No. 52469.**—Kaufman Co. et al. *v.* United States, protests 136193–K, etc. (New York).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.